E-Filed: **4/22/09**
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CARR,<br><br>        Petitioner,<br><br>        v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT, et al.,<br><br>        Respondents. | NO. ED CV 09-0705 GHK (FMO)<br><br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:    4/20  , 2009.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE